**Janet SHARP, Appellant,**

v.

**Gwendolyn GANT, et al., Respondent.**

**No. WD 45957.**

Missouri Court of Appeals, Western District.

Nov. 3, 1992.

Richard L. Colbert, Kansas City, for appellant.

Paul T. Miller, Kansas City, for respondent.

Before LOWENSTEIN, C.J., and BERREY and BRECKENRIDGE, JJ.

## ORDER

PER CURIAM:

Appeal from the trial court's grant of summary judgment in favor of respondent Gant and against appellant Sharp.

Affirmed. Rule 84.16(b).

**In re the Marriage of Donna Gail COKER, Appellant,**

v.

**Colin Eddie COKER, Respondent.**

**No. WD 45829.**

Missouri Court of Appeals, Western District.

Nov. 3, 1992.

Thomas R. Summers, St. Joseph, for appellant.

Barbara A. Braznell, St. Joseph, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

## ORDER

PER CURIAM:

Appellant appeals from order granting respondent's motion to modify dissolution decree.

The judgment is affirmed. Rule 84.16(b).